UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, et al.,

                            Plaintiff,

    - against -

A & F MEDICAL, P.C., et al.,

                          Defendants.
-----------------------------------------------------------------X

Case No.
1:14-cv-06756 (JBW)(MDG)

**Stipulation to Extend Time to Respond To Complaint**

    **IT IS HEREBY STIPULATED AND AGREED** by and between attorneys for Plaintiffs herein and Defendants Ahmed Elsoury, M.D., Surender Gorukanti, M.D., Graig Granovsky, D.C., Dumont Medical Diagnostics, P.C., Richmond Medical Diagnostics, P.C., and Great Health Care Chiropractic, P.C., that the time for Defendant Ahmed Elsoury, M.D., Surender Gorukanti, M.D., Graig Granovsky, D.C., Dumont Medical Diagnostics, P.C., Richmond Medical Diagnostics, P.C., and Great Health Care Chiropractic, P.C., to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned action is extended to March 13, 2015.

Dated: Brooklyn, New York
          February 11, 2015

By: _____
Nicholas Bowers, Esq.
Gary Tsirelman P.C.
*Attorneys for Defendants*
*Named Herein*
129 Livingston, 2nd Floor
Brooklyn NY 11201

By: Daniel Marvin (DM-7106)
Stern & Montana, LLP
*Attorneys for Plaintiffs*
One World Financial Center
New York, NY 10281

**SO ORDERED:** _____
HON. MARILYN D. GO
United States District Judge